

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00382-CV

## EX PARTE MILTON LEE GARDNER

**From the 77th District Court**
**Limestone County, Texas**
**Trial Court No. J291-A-3**

## MEMORANDUM OPINION

Milton Lee Gardner appeals the trial court's denial of Gardner's application for a writ of habeas corpus signed on March 13, 2024. By letter dated December 10, 2024, the Clerk of this Court notified Gardner that the appeal is subject to dismissal because the notice of appeal is untimely. Gardner's notice of appeal was filed on December 9, 2024.

In the same letter, the Clerk warned Gardner the appeal would be dismissed unless, within 10 days, a response was filed showing grounds for continuing the appeal. A response was filed but it does not show grounds for continuing the appeal.

Accordingly, this appeal is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Johnson, and
        Justice Smith
Appeal dismissed
Opinion delivered and filed December 30, 2024
[CV06]

